Query   Reports ▾   Utilities ▾   Help   What's New   Log Out

CLOSED

RULE 5

**U.S. District Court**
**California Northern District (San Francisco)**
**CRIMINAL DOCKET FOR CASE #: 3:23-mj-71632-MAG-1**

5:23-mj-00508-DUTY

| | |
|---|---|
| Case title: USA v. Beyer | Date Filed: 11/02/2023 |
| Other court case number: 5:23-mj-00508 Central District of California | Date Terminated: 11/02/2023 |

FILED
CLERK, U.S. DISTRICT COURT
11/03/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

Assigned to: Magistrate Judge

**Defendant (1)**

**Christian Ernest Beyer**
*TERMINATED: 11/02/2023*

represented by **Daniel P Blank**
Office of the Federal Public Defender
450 Golden Gate Avenue
Room 19-6884, Box 36106
San Francisco, CA 94102
415-436-7700
Fax: 415-436-7706
Email: daniel_blank@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Interstate Threats in violation of 18 U.S.C. § 875(c) | |

**Plaintiff**

**USA**

represented by **Garth Hire**
United States Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415) 436-7200
Fax: (415) 436-7027
Email: garth.hire@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2023 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Christian Ernest Beyer (1). (lsk, COURT STAFF) (Filed on 11/2/2023) (Entered: 11/02/2023) |
| 11/02/2023 | 2 | Sealed Document. No NEF issued; not served by CSA.(lsk, COURT STAFF) (Filed on 11/2/2023) (Entered: 11/02/2023) |
| 11/02/2023 | 3 | Minute Entry for proceedings held before Magistrate Judge Sallie Kim: Initial Appearance as to Christian Ernest Beyer held on 11/2/2023; remanded to custody. Added attorney special appearance Daniel P Blank for Christian Ernest Beyer. Recording Time 11:08-11:12. (lsk, COURT STAFF) (Filed on 11/2/2023) (Entered: 11/02/2023) |
| 11/02/2023 | 4 | **COMMITMENT TO ANOTHER DISTRICT as to Christian Ernest Beyer. Defendant committed to District of Central District California. Signed by Magistrate Judge Sallie Kim on 11/2/2023. (lsk, COURT STAFF) (Filed on 11/2/2023) (Entered: 11/02/2023)** |
| 11/02/2023 |  | Email notification sent re transfer to USDC Central District CA as to Christian Ernest Beyer (lsk, COURT STAFF) (Filed on 11/2/2023) (Entered: 11/02/2023) |

| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | GARTH HIRE (CABN 187330)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | FAX: (415) 436-7283<br>Garth.Hire@usdoj.gov |
| 8 | Attorneys for United States of America |

FILED
Nov 02 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:23-mj-71632 MAG | |
| Plaintiff, | ) | | |
| v. | ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE | |
| CHRISTIAN ERNEST BEYER, | ) | | |
| Defendant. | ) | | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on November 1, 2023, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐ Indictment

☐ Information

X Criminal Complaint

☐ Other (describe) _____

pending in the Central District of California, Case Number 5:23-mj-00508.

In that case (copy of criminal complaint attached), the defendant is charged with a violation of Title 18, United States Code, Section 875(c).

v. 7/10/2018

Description of Charges: Interstate Threats in violation of 18 U.S.C. § 875(c).

The maximum penalties are as follows: 5 years' imprisonment; three years' supervised release; $250,000 fine; $100 special assessment; restitution; forfeiture.

Respectfully Submitted,

ISMAIL J. RAMSEY
United States Attorney

Date: November 1, 2023

    /s/ *Garth Hire*
GARTH HIRE
Assistant United States Attorney

v. 7/10/2018

| DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 4 minutes | | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Melinda K. Lock | REPORTER/DIGITAL RECORDING: 11:08-11:12 | |
| MAGISTRATE JUDGE SALLIE KIM | DATE November 2, 2023 | NEW CASE ☐ | CASE NUMBER 3:23-mj-71632-MAG |

| APPEARANCES | | | | | |
|---|---|---|---|---|---|
| DEFENDANT Christian Ernest Beyer | AGE 41 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Daniel Blank (special appearance) | PD. ☐ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Garth Hire | INTERPRETER | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Josh Libby | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR Rule 5 - held | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS / STATUS TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED without prejudice | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF CENTRAL CALIFORNIA

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Defendant admits to being the person charged in the Central District of California. The Court orders Defendant be transported forthwith in USMS custody to the Central District of California.

DOCUMENT NUMBER:

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:23-mj-71632-MAG |
| Christian Ernest Beyer ) | |
| ) | Charging District's |
| *Defendant* ) | Case No. 5:23-mj-00508 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the  Central  District of  California ,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
n/a .

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 11/02/2023

*Judge's signature*

Magistrate Judge Sallie Kim
*Printed name and title*