```
                    FILED
            CLERK, U.S. DISTRICT COURT
                  11/15/2023
          CENTRAL DISTRICT OF CALIFORNIA
          BY: _____JB_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTIAN ERNEST BEYER,<br><br>　　　　Defendant. | ED CR No. 5:23-cr-00226-SSS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 875(c): Threats by Interstate Communication] |

　　The Grand Jury charges:

[18 U.S.C. § 875(c)]

　　On or about October 30, 2023, in San Bernardino County, within the Central District of California, and elsewhere, defendant CHRISTIAN ERNEST BEYER, with intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce an electronic communication that contained a true threat to injure the person of another, namely, victims R.P., R.B., L.B., K.M., and N.J., who received the threat at the Fort Irwin military installation in San Bernardino County, in that defendant BEYER threatened:

　　1. "There's a bounty on Chief [R.P.] and every fucking police officer on that fucking installation . . . I'm here to fucking take

Chief [R.P.] out of position . . .  Oh yeah fucking that's gonna be real hard to pull that trigger, right.  That's Chief [R.P.] . . . Go kill them.  All of them.  It's fine . . . I'm fucking calling out the people who forced me out.  Oh the [B.'s] they're a part of this shit too, right.  [K.M, N.J.] . . . Go ahead and fucking hang it up or you're harboring those police like you've already done before and I will fucking come and hunt you, and I'm telling you that right now . . . I'm coming for you.  I'm gonna kill your whole fucking family if they stay there.";

    2.  "And the terms are [R.B.] . . . you can go in tomorrow and put in your retirement package . . . or you can fucking oppose me and I'll kill you and your whole fucking family, right, because they're part of your shit."; and

//

//

    3.  "Your career is over [R.B.] or I'm going to come to Ft. Irwin and kill you and everybody else in there at Ft. Irwin.  You have like fucking two days or I'm coming myself, and you know I can

fucking get there.  I will come there with guns.  And if you guys shoot me at the gate fucking good for you and if you stand there and oppose me at the fucking gate I will shoot you because you're my enemy at that point."

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

DANIEL H. WEINER
Assistant United States Attorney
General Crimes Section