CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MARIAH HOLDER (Bar No. 33184)[1]
(E-Mail: Mariah_Holder@fd.org)
Deputy Federal Public Defender
3801 University Ave., Ste. 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
CHRISTIAN ERNEST BEYER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN ERNEST BEYER,<br><br>Defendant. | Case No. 5:23-cr-00226-SSS<br><br>**ORDER CONTINUING TRIAL DATE PURSUANT TO THE SPEEDY TRIAL ACT**<br><br>Current Trial Date: Jan. 9, 2024<br><br>[Proposed] Trial Date: May 20, 2024<br><br>Current Pretrial Date: Dec. 22, 2023<br><br>[Proposed] Pretrial Date: May 3, 2024 |

The Court has read and considered defense counsel's 1) *Ex Parte* Application for an Order Continuing the Trial Date and Finding Excludable Time Pursuant to the Speedy Trial Act and 2) Declaration, filed on December 15, 2023. The Court hereby finds that the *Ex Parte* Application and Declaration, which this Court incorporates by reference into this Order, demonstrate facts that support a continuance of the trial date in this matter, and provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h).

---

[1] As a government attorney and a member of the Louisiana State Bar, Mariah Holder has been admitted to practice before the United States District Court for the Central District of California.

The Court further finds that: (i) ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from January 9, 2024 to May 20, 2024 at 9:00 a.m.

2. The final pretrial conference in this matter is continued from December 22, 2023 to May 3, 2024, at 9:00 a.m.

3. The time period of January 9, 2024 to May 20, 2024, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

4. Defendant shall appear in Courtroom 2 of the Federal Courthouse, 3470 Twelfth Street, Riverside, California on May 3, 2024 at 9:00 a.m. for a final pretrial conference and on May 20, 2024, at 9:00 a.m. for trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5.     Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.


DATED:  December 18, 2023          By _____
                                        HON. SUNSHINE S. SYKES
                                        United States District Judge


Presented by:

_____/s/ Mariah Holder_____
Deputy Federal Public Defender

3