1

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v. | |
| DEFENDANT(S). | **APPLICATION TO THE<br>CRIMINAL DUTY JUDGE FOR REVIEW<br>OF MAGISTRATE JUDGE'S BAIL ORDER;<br>ORDER THEREON** |

Application is hereby made to the Criminal Duty Judge by the ☐ Government   ☐ Defendant   ☐ PSA pursuant to Local Criminal Rule 46-1.4 for a review of the bail set in the above-entitled matter as follows:

Name of Defendant: _____
Nature of case *(check one)*: ☐ Local    ☐ Out-of-District
Upon *(check one)* ☐ Complaint    ☐ Indictment    ☐ Information
Set by United States Magistrate Judge _____ on _____.
(List all dates of any additional bail reviews: _____.)
Present bail: Set at: $_____        ☐ Detention
Type of Bond: _____
Additional Conditions of Release: _____
   ☐ Pre-Trial Supervision         ☐ Surrender of Passport        ☐ Travel Restrictions
   ☐ CTC Placement               ☐ Drug Testing                 ☐ Nebbia Hearing
   ☐ Other: _____

The government ☐ has   ☐ has not requested a stay from the Magistrate Judge of the order setting bail pending a review and decision of the criminal duty judge, and a stay has been
   ☐ Granted to _____.
   ☐ Denied.
   ☐ Pending Review.

---

**NOTICE OF COURT ORDER**

By Order of Court, Application for Review is:
   ☐ Denied without prejudice to a hearing by the trial judge.
   ☐ Granted and this case is calendared for hearing on _____ at _____
      before the District Judge _____ in Courtroom No. _____.

Notice shall be given to: ☐ U.S. Attorney    ☐ Defense counsel    ☐ Pre Trial Services Agency    ☐ Interpreter Section
no later than _____.

_____          _____
Date                            Criminal Duty Clerk

cc: Magistrate Judge whose bail setting is subject of review

---

## PROOF OF SERVICE

Notice is hereby given to you of an Application to Criminal Duty Judge for Review of Magistrate Judge's Bail Order and Order Thereon, setting this matter on calendar for hearing.

Notice is given on _____ at _____ by:

☐ CMECF Notice or

☐ Emailing a copy to _____
    *(Name of counsel for the Government or Defendant)*

## ACKNOWLEDGMENT OF SERVICE

Received by government's counsel on _____ by _____
*Signature of person served*

_____
*Name of person served*

Received by defendant's counsel on _____ by _____
*Signature of person served*

_____
*Name of person served*

Received by Pre-Trial Services on _____ by _____
*Signature of person served*

_____
*Name of person served*

Received by Interpreter's Section on _____ by _____
*Signature of person served*

_____
*Name of person served*

---

[1] As a government attorney and a member of the Louisiana State Bar, Mariah C. Holder has been admitted to practice before the United States District Court for the Central District of California.