# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: 5:23-cr-00226-SSS                    Date: June 28, 2024

Present: The Honorable Sunshine Suzanne Sykes, ☑ District Judge / ☐ Magistrate Judge

| Irene Vazquez | Phyllis Preston | N/A | Sean Peterson |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

Christian Ernest Beyer
☑ Custody ☐ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Mariah C. Holder, DFPD
☑ Appointed ☐ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) Count One (1) of the Indictment.
☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to Friday, September 20, 2024, at 10:00 a.m. for sentencing.
☑ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☑ Court orders:
1) Defendant to appear at the Sentencing without further notice or order of the Court. 2) USPO/PSA is directed to include the judiciary sentencing information (JSIN) data on all of the Court's cases. 3) Sentencing Memorandums or written notice of intent not to file one is due 14 days before Sentencing. Any Objections to PSR, including the JSIN data, and any proposed conditions of

☑ Other: (Cont'd from above): supervised release are due at that time. 4) Parties are ordered to advise the CRD, by the Friday before the Sentencing, if possible, if they intend to present any live witnesses or Zoom witnesses. 5) Motions [Dkt. 58, 59] denied as moot.

00 : 26

Initials of Deputy Clerk  iv

cc:  Probation Office